## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Case No: BK 18-40169 |
| | ) | |
| Catherine Beutler, | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

### OBJECTION TO CLAIM OF
### DITECH FINANCIAL, LLC (Claim #7)

COMES NOW the Debtor in the above entitled matter, by and through the below signed attorney, and hereby object to the Proof of Claim filed by Ditech Financial, LLC (Claim #7), for the following reasons:

1. The Proof of Claim lists Ditech Financial, LLC (Claim #7), as a secured creditor in the amount of $46,054.48 and arrears in the amount of $6,405.47.

2. Debtor completed a Loan Modification and no longer owes mortgage arrears in the amount of $6,405.47.

3. The claim of Ditech Financial, LLC should be treated as a Secured claim without any mortgage arrears.

WHEREFORE, the debtor prays that the Court grant the above and foregoing objection and the secured claim of Ditech Financial, LLC (Claim #7) be allowed as a Secured claim without any payment arrearage and for such further relief that the court finds just and equitable.

DATED:  August 26, 2020           Catherine Beutler, Debtor.

By: /s/ April Lewis
April Lewis, #25227
5000 Central Park Drive, Suite 204
Lincoln, NE 68504
Telephone:    (402) 614-7171
Attorney for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Case No: BK 18-40169 |
| | ) | |
| Catherine Beutler, | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

### NOTICE OF FILING

### OBJECTION TO CLAIM OF DITECH FINANCIAL, LLC. (Claim #7)
### and
### NOTICE OF TIME FOR FILING RESISTANCES/OBJECTIONS

TO: All Interested Parties:

You are hereby notified that the Debtor herein has filed an **OBJECTION TO CLAIM OF DITECH FINANCIAL, LLC (Claim #7)**, a copy of which is attached hereto.

You are further notified that you have until **September 25, 2020** to file an objection to the above referenced Motions/Applications with the Clerk of the Bankruptcy Court, 111 South 18th Plz Ste 1125, Omaha NE, 68102-1321, and to serve a copy of said Objection upon the undersigned Attorney. If no objections are filed, then the Motion/Application shall be approved without further hearing. If a timely objection is filed and served, the Court will schedule a hearing for consideration of the Motion/Application and any objection or objections thereto.

DATED:  August 26, 2020            Catherine Beutler, Debtor.

By: /s/ April Lewis
April Lewis, #25227
5000 Central Park Drive, Suite 204
Lincoln, NE 68504
Telephone:    (402) 614-7171
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Case No: BK 18-40169 |
| | ) | |
| Catherine Beutler, | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on August 26, 2020, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following: U.S. Trustee; Kathleen Laughlin; and all other parties using the CM/ECF system

    I further certify that a true and correct copy of the above and foregoing was mailed to the parties listed below.

    /s/ Amber Gibson, Paralegal

Ditech Financial, LLC
P.O. Box 6154
Rapid City, SD 57709-6154

Ditech Financial, LLC
c/o Bonial & Associates, authorized agent
P.O. Box 9013
Addison, TX 75001

BSI Financial Services
314 S. Franklin Street, Second Floor
P.O. Box 517
Titusville, PA16354

Catherine Beutler
419 Walnut Street
Johnson, NE 68378